Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Tel:  503.727.2000

Sari M. Alamuddin (*pro hac vice* pending)
sari.alamuddin@morganlewis.com
Stephanie L. Sweitzer (*pro hac vice* pending)
stephanie.sweitzer@morganlewis.com
Kevin F. Gaffney (*pro hac vice* pending)
kevin.gaffney@morganlewis.com
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KRISTIN SWEARINGEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, INC. and AMAZON.COM INC., Delaware corporations, and, AMAZON.COM.DEDC, LLC, a Delaware limited liability company.<br><br>　　　　　Defendants. | Case No. 3:19-cv-01156-JR<br><br>**DEFENDANTS AMAZON.COM SERVICES, INC., AMAZON.COM INC., AND AMAZON.COM.DEDC, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Defendants Amazon.com Services, Inc., Amazon.com, Inc., and Amazon.com.dedc, LLC (collectively, "Amazon" or "Defendants")[1] respond to the allegations contained in the First Amended Individual and Class Action Complaint (the "Amended Complaint") filed by Plaintiff Kristin Swearingen ("Plaintiff" or "Swearingen") as follows:

## INDIVIDUAL AND CLASS ACTION COMPLAINT[2]

1. Amazon admits that Plaintiff filed this Amended Complaint against Defendants on behalf of herself and a putative class of other purportedly similarly situated employees. Amazon denies that Plaintiff's claims are appropriate for a class action and further denies the remaining allegations in Paragraph 1 of the Amended Complaint.

2. Amazon admits that Plaintiff purports to bring claims under Oregon wage and hour laws on behalf of herself and a putative class of present and former employees of Amazon. Amazon further admits that Plaintiff seeks to recover alleged unpaid wages; penalty wages; statutory damages; attorney fees, costs, and disbursements; pre- and post-judgment interest; and equitable relief.  Amazon lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff's bases for her allegations herein.  Amazon denies that Plaintiff's claims are appropriate for a class action, denies that Plaintiff or her putative class are

---

[1] Amazon.com, Inc. has no employees and, therefore, is not a proper defendant to this litigation.  In addition, Amazon.com.dedc, LLC was merged into Amazon.com Services, Inc. on January 1, 2019.  Accordingly, Amazon.com Services, Inc. is the only proper defendant in this case.

[2] Amazon's Answer incorporates all or portions of headings contained in the Amended Complaint for ease of reference.  Amazon does not construe such captions to constitute allegations of fact, but to the extent the Court deems the Amended Complaint's headings to contain factual contentions to which Amazon must respond, Amazon denies such allegations.

2- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

entitled to any relief whatsoever, and further denies the remaining allegations in Paragraph 2 of the Amended Complaint.

## PARTIES

3.     Amazon admits that Amazon.com.dedc, LLC employed Plaintiff from September 4, 2017 to July 11, 2018.  Amazon further admits that Plaintiff purports to represent a putative class of certain employees of Amazon.  Amazon denies that Plaintiff's claims are appropriate for a class action and further denies the remaining allegations in Paragraph 3 of the Amended Complaint.

4.     Amazon admits that Amazon.com Services, Inc. and Amazon.com Inc. are Delaware corporations, and that Amazon.com.dedc, LLC was a Delaware limited liability company.   Amazon further admits that Amazon.com.dedc, LLC employed Plaintiff in Multnomah County, Oregon.  Amazon denies the remaining allegations in Paragraph 4 of the Amended Complaint.

## COMMON FACTS CONSTITUTING CLAIMS FOR RELIEF

5.     Amazon denies the allegations in Paragraph 5 of the Amended Complaint.

6.     Amazon admits only that it rounded the fractional cents of Plaintiff's federal tax liabilities to determine the amounts to withhold from her wages for those taxes, in accordance with federal law.  Amazon denies the remaining allegations in Paragraph 6 of the Amended Complaint.

7.     Amazon denies the allegations in Paragraph 7 of the Amended Complaint.

3-    DEFENDANTS' ANSWER AND DEFENSES TO
       PLAINTIFF'S FIRST AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## CLASS ACTION ALLEGATIONS

8. Amazon admits that Plaintiff purports to bring this action on behalf of a putative class of all current and former Oregon Amazon employees who received a paycheck on or after December 20, 2012 for work performed in Oregon. Amazon denies that Plaintiff's claims are appropriate for a class action and further denies the remaining allegations in Paragraph 8 of the Amended Complaint.

### Numerosity

9. Amazon denies the allegations in Paragraph 9 of the Amended Complaint.

### Commonality

10. Amazon denies the allegations in Paragraph 10 of the Amended Complaint.

### Typicality

11. Amazon denies the allegations in Paragraph 11 of the Amended Complaint.

### Adequacy of Representation by Plaintiff

12. Amazon lacks knowledge or information sufficient to form a belief as to the allegations regarding Plaintiff's retained counsel. Amazon denies the remaining allegations in Paragraph 12 of the Amended Complaint.

### Compliance with ORCP 32 H

13. Amazon admits that Plaintiff's counsel mailed to Amazon two prelitigation notices: one dated November 21, 2018 (attached hereto as Exhibit 1) and one dated May 15, 2019 (attached hereto as Exhibit 2). Answering further, Amazon states that it sent to Plaintiff's counsel a letter dated June 14, 2019 with enclosures (attached hereto as Exhibit 3) in response to Plaintiff's counsel's May 15, 2019 prelitigation notice. Amazon denies the remaining allegations in Paragraph 13 of the Amended Complaint.

4- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

### Superiority of Class Action

14. Amazon denies the allegations in Paragraph 14 of the Amended Complaint.

### FIRST CAUSE OF ACTION

### Oregon Unpaid Wages
### (unpaid time claims only)

15. Amazon restates and incorporates by reference its answers to Paragraphs 1 through 14 of the Amended Complaint as if fully set forth herein.

16. Amazon denies the allegations in Paragraph 16 of the Amended Complaint.

17. Amazon denies the allegation in Paragraph 17 of the Amended Complaint.

### SECOND CAUSE OF ACTION

### Oregon Unpaid Wages Upon Termination
### (unpaid time and unlawful deductions claims)

18. Amazon restates and incorporates by reference its answers to Paragraphs 1 through 18 of the Amended Complaint as if fully set forth herein.

19. Amazon denies the allegations in Paragraph 19 of the Amended Complaint.

20. Amazon denies the allegations in Paragraph 20 of the Amended Complaint.

### THIRD CAUSE OF ACTION

### Oregon Wrongful Deductions
### (unlawful deductions claims only)

21. Amazon restates and incorporates by reference its answers to Paragraphs 1 through 20 of the Amended Complaint as if fully set forth herein.

22. Amazon denies the allegations in Paragraph 22 of the Amended Complaint. Answering further, Amazon states that all of Plaintiff's Earnings Statements from her

5- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

employment with Amazon.com.dedc, LLC, showing each of the deductions made from her wages, are compiled and attached hereto as Exhibit 4.

23. Amazon denies the allegations in Paragraph 23 of the Amended Complaint.

## JURY DEMAND

Amazon admits that Plaintiff demands a trial by jury on all claims for which it is available, but denies that Plaintiff is entitled to a jury trial.

## PRAYER FOR RELIEF

Amazon denies that Plaintiff or her putative class is entitled to any of the relief set forth in the Prayer for Relief, including certification of the putative class, and further denies the remaining allegations in the Prayer for Relief.

## DEFENSES AND RESERVATION OF RIGHTS

Without conceding that it bears the burden of proof or persuasion as to any one of them, Amazon asserts the following separate defenses to the Amended Complaint:

1. Plaintiff's Amended Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

2. Neither Amazon.com, Inc. nor Amazon.com.dedc, LLC is a proper party to this action.

3. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, because they have already been paid and/or received all wages due to them under applicable law.

6- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

4. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, because Amazon deducted from her or their wages no more than required by law.

5. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, to the extent that some or all of these individuals have failed to mitigate their damages or otherwise avoid harm.

6. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, because they have sustained no damages.

7. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, by the *de minimis* and *de minimis non curat lex* doctrines.

8. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, to the extent these individuals performed compensable work activities that were not known to Amazon or that could not reasonably have been known by Amazon.

9. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, to the extent that their claimed compensable activities were preliminary or postliminary activities.

10. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, to the extent that their claimed compensable activities are not "work," "hours worked," or otherwise compensable time under Oregon law.

7- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

11. Some or all of Plaintiff's claims and those of some or all of the individuals she seeks to represent are barred, in whole or in part, by exclusions, exceptions, credits, or offsets permissible under Oregon law.

12. Amazon has at all times acted in good faith and have had reasonable grounds for believing that any alleged acts and omissions were not violations of Oregon law.

13. To the extent Amazon violated any Oregon law (which is expressly denied), it did not do so willfully.

14. Certification of the proposed class action is inappropriate because Plaintiff cannot demonstrate that she has met the requirements of Rule 23 of the Federal Rules of Civil Procedure.

WHEREFORE, Amazon prays for judgment as follows:

1. Plaintiff and putative members of the purported class action take nothing by the Amended Complaint;

2. That judgment be entered against Plaintiff and putative members of the purported class action, and in favor of Amazon;

3. That Amazon be awarded attorneys' fees incurred herein;

4. That Amazon be awarded costs of suit herein; and

5. For such other and further relief as the Court deems just and proper.

8- DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED:  August 2, 2019          PERKINS COIE LLP

By: *s/ Sarah J. Crooks*
    Sarah J. Crooks, OSB No. 971512
    SCrooks@perkinscoie.com
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

    Sari M. Alamuddin (*pro hac vice* pending)
    sari.alamuddin@morganlewis.com
    Stephanie L. Sweitzer (*pro hac vice* pending)
    stephanie.sweitzer@morganlewis.com
    Kevin F. Gaffney (*pro hac vice* pending)
    kevin.gaffney@morganlewis.com
    Morgan, Lewis & Bockius LLP
    77 West Wacker Drive, Fifth Floor
    Chicago, IL 60601
    Tel: (312) 324-1000

    *Attorneys for Defendants*

9-  DEFENDANTS' ANSWER AND DEFENSES TO
    PLAINTIFF'S FIRST AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on August 2, 2019, they caused to be served on the person(s) listed below in the manner shown:

**DEFENDANTS AMAZON.COM SERVICES, INC., AMAZON.COM INC., AND AMAZON.COM.DEDC, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Jon M. Egan, PC
547 Fifth Street
Lake Oswego, OR 97034-3009
info@eganlegalteam.com

*Attorneys for Plaintiff*

☒ By E-Filing
☐ By Messenger
☐ By United States Mail, First Class
☒ By E-Mail

Dated at Portland, Oregon, this 2nd day of August, 2019.

By: *s/ Sarah J. Crooks*
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

1- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222