**Jon M. Egan**, OSB 002467
Jegan@eganlegalteam.com
Jon M. Egan, PC
547 Fifth Street
Lake Oswego, OR 97034-3009
Telephone: (503) 697-3427
Fax: (866) 311-5629
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KRISTIN SWEARINGEN,<br>                         Plaintiff,<br>     v.<br>AMAZON.COM SERVICES, INC. and AMAZON.COM INC., Delaware corporations, and, AMAZON.COM.DEDC, LLC, a Delaware limited liability company,<br>                         Defendants. | Case No. 3:19-cv-01156-JR<br><br>Joint Status Report |

Per the Court's March 11, 2022 Order [Dkt. 107], the parties jointly submit this status report. The Ninth Circuit released our case from the mediation program, and Plaintiff has filed her opening brief. Amazon's answering brief is due on July 6, and plaintiff's reply will be due 21 days after Amazon's answering brief.

Respectfully submitted this 8th day of June, 2022

                                                                        JON M. EGAN, P.C.
                                                                        *s/ Jon M. Egan*

                                                                        JON M. EGAN, OSB # 002467
                                                                        (503) 697-3427
                                                                        Attorney for Plaintiff