**Sarah J. Crooks**, OSB #971512
SCrooks@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: (503) 727-2252

**Sari M. Alamuddin** (admitted *pro hac vice*)
sari.alamuddin@morganlewis.com
**Stephanie L. Sweitzer** (admitted *pro hac vice*)
stephanie.sweitzer@morganlewis.com
**Kevin F. Gaffney** (admitted *pro hac vice*)
kevin.gaffney@morganlewis.com
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KRISTIN SWEARINGEN,<br><br>                Plaintiff,<br>v.<br><br>AMAZON.COM SERVICES, INC. and AMAZON.COM INC., Delaware corporations, and, AMAZON.COM.DEDC, LLC, a Delaware limited liability company.<br><br>                Defendants. | Case No. 3:19-cv-01156-JR<br><br>**JOINT STATUS REPORT** |

       Pursuant to the Court's March 11, 2022 Order (Dkt. 107), the parties hereby submit this Joint Status Report.

       On August 22, 2022, the parties executed a Settlement Agreement that resolves this matter in full on a classwide basis, pending the Court's approval. Today, Plaintiff filed an Unopposed Motion to Lift Stay, to Certify for Settlement Purposes, and for Preliminary Approval of Class Action Settlement. *See* Dkt. 111. Attached to this filing is the Settlement Agreement and all Exhibits thereto, including the list of individuals covered by the Settlement Class definitions and the proposed Notices of Settlement to the

Class members. *Id.* Also today, Defendants filed a Consent to Jurisdiction by the Magistrate Judge for the Limited Purpose of Settlement Proceedings.[1] *See* Dkt. 113. On August 26, 2022, following the parties' notice of the Settlement, the Ninth Circuit temporarily closed for administrative purposes its docket for the appeal in this matter until March 30, 2023. *See* Dkt. 110.[2]

DATED: September 6, 2022      Respectfully submitted,

By: *s/ Kevin F. Gaffney*      By: *s/ Jon M. Egan*

    Sari M. Alamuddin (*pro hac vice*)
    sari.alamuddin@morganlewis.com
    Stephanie L. Sweitzer (*pro hac vice*)
    stephanie.sweitzer@morganlewis.com
    Kevin F. Gaffney (*pro hac vice*)
    kevin.gaffney@morganlewis.com
    Morgan, Lewis & Bockius LLP
    110 North Wacker Drive, Suite 2800
    Chicago, IL 60606
    Tel: (312) 324-1000

    Sarah J. Crooks, OSB #971512
    SCrooks@perkinscoie.com
    Perkins Coie LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128
    Tel: (503) 727-2252

*Attorneys for Defendants*

Jon M. Egan, OSB #002467
jegan@eganlegalteam.com
Jon M. Egan, PC
547 Fifth Street
Lake Oswego, OR 97034
Tel: (503) 697-3427

*Attorney for Plaintiff*

---

[1] Plaintiff previously filed her Individual Party Consent to Jurisdiction by U.S. Magistrate Judge on April 21, 2021. *See* Dkt. 84.

[2] This closure is not a decision on the merits of the appeal. The parties must provide the Ninth Circuit Mediator's Office a report on the status of the case on or before March 23, 2023. *Id.*

**JOINT STATUS REPORT**